672 A.2d 785

**Robert G. LENHARDT and Jean A. Lenhardt, his wife, Appellees,**

**v.**

**Chelsie I. ADAMS, Irene K. Noss and Louis Noss & Noss Mobile Homes, Inc., Appellants.**

Supreme Court of Pennsylvania.

Argued March 5, 1996.

Decided March 18, 1996.

James E. Kelly, Jr., for Chelsie Adams, Irene Noss, Louis Noss & Noss Mobile Homes, Inc.

James R. Silvis, Greensburg, for Robert & Jean Lenhardt.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., and NEWMAN, J., did not participate in the consideration or decision of this matter.